IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 26-CR-00006 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Count 1 |
| | ) | 18 U.S.C. § 922(g)(1): Possession of |
| TOBY SMITH, | ) | a Firearm by a Felon |
| | ) | |
| Defendant. | ) | Forfeiture |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Felon

On or about September 23, 2025, in the Northern District of Iowa, defendant TOBY SMITH, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, a Smith & Wesson SD9 2.0, and the firearm was in and affecting commerce.

Defendant was previously convicted of the following crime punishable by imprisonment for a term exceeding one year: Robbery, First Degree, in the Iowa District Court for Linn County, on or about July 2, 2002, in case number FECR43723.

This was in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

1

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant TOBY SMITH shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(1), including but not limited to the firearm listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

1/28/2026

Grand Jury Foreperson       Date

LEIF OLSON
United States Attorney

By: /s/ Lisa C. Williams

LISA C. WILLIAMS
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 1/28/2026
PAUL DE YOUNG, CLERK